IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G.L. by and through his parents, S.H. and K.L.; and S.H. and K.L., | : : : | CIVIL ACTION |
| Plaintiffs, | : | NO. 15-6425 |
| v. | : : | |
| SAUCON VALLEY SCHOOL DISTRICT, | : | |
| Defendant. | : : | |

**ORDER**

**AND NOW**, this 30th day of March, 2017, upon consideration of the Plaintiffs' Motion for Judgment on the Administrative Record (Dkt. No. 15) filed on July 29, 2016; the Defendant's Motion for Judgment on the Administrative Record (Dkt. No. 16) also filed on July 29, 2016; Defendant's Brief in Opposition to Plaintiffs' Motion (Dkt. No. 17) filed on August 18, 2016; Plaintiffs' Memorandum in Response to Defendant's Motion (Dkt. No. 18) filed on August 19, 2016; and for the reasons expressed in the foregoing Memorandum Opinion,

**IT IS ORDERED** that Plaintiffs' Motion (Docket No. 15) is **DENIED** and Defendant's Motion (Dkt. No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment shall be entered in favor of Defendant and against Plaintiffs and the Clerk of Court shall close this case statistically.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge